IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ronald J. Harris,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Joseph Arpaio, et al.,<br><br>　　　　Defendants. | No. CV 04-2770-PHX-DGC (ECV)<br><br>**ORDER** |

Plaintiff has filed a Motion for Additional Time to Serve Defendant Skyhausen (Doc. #12). Plaintiff explains in the motion that service was attempted by the U.S. Marshal Service at an incorrect address. Plaintiff therefore seeks an additional ninety days to complete service. Good cause appearing, Plaintiff's motion will be granted.

**IT IS THEREFORE ORDERED:**

That Plaintiff's Motion for Additional Time to Serve Defendant Skyhausen (Doc. #12) is **granted**.

DATED this 20th day of January, 2006.

_Edward C. Voss_
Edward C. Voss
United States Magistrate Judge